UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22183-CIV-LENARD/WHITE

**DARRICK ADAWAY**,

    Petitioner,

v.

**WALTER A. McNEIL**,

    Respondent.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 73) AND DENYING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Supplemental Report and Recommendation of Magistrate Judge Patrick A. White ("Supplemental Report," D.E. 73), issued on April 26, 2010, recommending the Court deny Petitioner's claim that he received ineffective assistance of counsel when his counsel failed to reserve his right to appeal the denial of Petitioner's motion to suppress a confession, and thus deny Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1) in its entirety.

On April 24, 2008, this Court adopted the Report and Recommendation of the Magistrate Judge ("Initial Report," D.E. 37) and denied Petitioner Darrick Adaway's Petition. (See Order, D.E. 40; Amended Order of Dismissal, D.E. 42.) The Eleventh Circuit subsequently vacated the Court's judgment without prejudice and remanded for consideration

of one outstanding claim not addressed in the Report or this Court's orders pursuant to Clisby v. Jones, 960 F.2d 925, 938 (11th Cir. 1992)(*en banc*).  On August 4, 2009, the Court referred the matter to the Magistrate Judge for a supplemental report regarding Petitioner's claim that he received ineffective assistance of counsel for failure to appeal the denial of his motion to suppress.  (See D.E. 60 ("Pursuant to the mandate of the Eleventh Circuit, the matter is referred solely for consideration of Petitioner's claim that he received ineffective assistance of counsel when his trial counsel failed to reserve his right to file an appeal of the denial of his motion to suppress his confession. (See D.E. 2 at 24-25)").)  On April 26, 2010, the Magistrate Judge issued his Supplemental Report, recommending denial of this remaining claim as he found it both barred by procedural default and deficient on the merits. (Supplemental Report at 6, 10-13.)  The Supplemental Report provides the Parties with fourteen (14) days to file objections.  As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Supplemental Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Supplemental Report and Recommendation of the Magistrate Judge (D.E. 73), issued on April 26, 2010, is **ADOPTED**;

2. Consistent with this Order, Petitioner's claim that he received ineffective assistance of counsel when counsel failed to preserve the right to appeal the

2

denial of his motion to suppress is **DENIED**;

**3.** The Court adopts its prior rulings as to Petitioner's other claims, as contained in the April 2008 Amended Order of Dismissal (D.E. 42) and the March 2008 Report of the Magistrate Judge (D.E. 37), and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1) is **DENIED** in its entirety;

**4.** This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of June, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**